FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JUN 23 PM 1:00

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| MARK L. BURGESS, | 18 U.S.C. §§ 922(g)(1), 924(a) |
| Defendant. | FORFEITURE |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

On or about May 23, 2021, in the Southern District of Ohio, the defendant, **MARK L. BURGESS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Hi-Point JHP .45 caliber pistol, and the firearm was in and affecting commerce.

**All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

## FORFEITURE

1.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2.  Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **MARK L. BURGESS**, shall forfeit to the United States all firearms, and any

ammunition, involved in or used in such offense including, but not limited to, a Hi-Point JHP .45 caliber pistol, bearing serial number X4321207, and all ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**KELLY A. NORRIS (0081254)**
**Assistant United States Attorney**